■ In the Matter of BISMARK BENNETT, JR., Appellant, et al., Petitioners, against PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent.— Motion for leave to appeal as a poor person and for assignment of counsel granted to the extent of dispensing with printing and otherwise denied. The appeal will be heard on the original papers and on a type-written brief. The appellant is directed to file five copies of his brief and to serve one copy on the Attorney-General. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of Ross's DAIRIES, LTD., Petitioner, against THOMAS E. ROHAN, et al., Constituting the State Liquor Authority, Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ NATHANIEL JOHNSON, as Administrator of the Estate of JOAN M. JOHNSON, Deceased, Appellant, v. FLORENCE WEKSTEIN, Respondent.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ BARBARA KAM, an Infant, by Her Guardian ad Litem, LEAH KAM, et al., Appellants, v. MORTON BLANK, Respondent, et al., Defendant.— Motion by respondent Blank for leave to appeal to the Appellate Division from an order entered April 11, 1960, denying a motion for resettlement. Motion denied, without costs. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Pette, J., not voting.

■ LOUIS MELNICK, Appellant, v. CHARLES SABLE et al., Respondents, et al., Defendant.— Motion for leave to appeal as a poor person, denied. On the court's own motion, appellant is granted leave to dispense with printing. The appeal will be heard on a typewritten record (including the typed minutes) and on a typewritten brief. Appellant is directed to file two copies of the record and five copies of his brief, and to serve one copy of the record and the brief on the attorneys for respondents. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ GEORGE S. MOSS, Appellant, v. ROY M. CARSTAIRS et al., Respondents. ROY M. CARSTAIRS, Respondent, v. GEORGE S. MOSS et al., Appellants.— Motion by appellants: (1) to amend the caption in the notice of appeal so as to set forth as defendants-respondents the four corporations: Area Development Corp., Astro Development Corp., Republic Electric & Mfg. Corp. and Fabricated Parts Corp.; (2) to dispense with the printing of an exhibit, to wit, the booklet containing the contents of a tape recording; and (3) to have this court accept as the record on appeal the printed proof of the record submitted on this motion. Motion to amend the caption in the notice of appeal denied, without prejudice to renewal on the argument of the appeal. In the meantime copies of the proposed record and briefs are to be served upon said four corporations or their attorney as though such corporations were respondents on the appeal. Motion to dispense with the printing of said exhibit granted; the original to be submitted on the argument of the appeal. Motion to have the printed proof of the record (submitted on this motion) accepted as the record on appeal, denied. The settlement of the case on appeal should be had before the Trial Justice as prescribed by the statute and rules (Civ. Prac. Act, § 616; Rules Civ. Prac., rules 230–235). Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ MAX OFFENBERG et al., Respondents, v. BENSON CHEVROLET, INC., Appellant.— Motion to dismiss appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.